RECEIPT # 52092
AMOUNT $ 150.00
SUMMONS ISSUED NO
LOCAL RULE 4.1
WAIVER FORM
MCF ISSUED
BY DPTY. CLK. Kim Abaid
DATE 12-1-03

UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PROCESS FACILITIES, INC., <br><br> Plaintiff, <br><br> v. <br><br> SECURITY INSURANCE COMPANY OF HARTFORD, <br><br> Defendant. | Civil Action <br><br> No. <br><br> NOTICE OF REMOVAL <br><br> OF ACTION UNDER <br><br> 28 U.S.C. § 1441(a) & (b) <br><br> **03-12409 JLT** <br><br> MAGISTRATE JUDGE Bowler |

Please take notice that defendant Security Insurance Company of Hartford ("SICH") hereby removes to this Court the state court action described below. SICH states the following grounds for removal:

1. On or about October 28, 2003, an action was commenced in the Superior Court of the State of Massachusetts in and for the County of Suffolk entitled *Process Facilities, Inc.* v. *Security Insurance Company of Hartford*, Civil Action No. SUCV2003-05077. A true copy of the complaint therein is annexed hereto as Exhibit "A."

2. SICH was served with a copy of the state court complaint on October 29, 2003, when SICH received by certified mail a copy of the complaint and a summons from the state court. A true copy of the summons is attached hereto as Exhibit "B." This

1

notice of removal is filed within thirty (30) days of SICH's receipt of copies of the complaint and summons.

3. This action is a civil action of which this Court has original jurisdiction under 28 U.S.C. § 1332, and is one which may be removed to this Court by defendant pursuant to the provisions of 28 U.S.C. § 1441(a) and (b), in that it is a civil action between citizens of different states and the matter in controversy exceeds the sum of $75,000, exclusive of interest and costs. Plaintiff asserts in its complaint a right to indemnification with respect to claims against it by a third party. Those claims, as set forth in Exhibit A attached and incorporated by reference into the complaint, total in excess of $75,000.

4. The complaint alleges that plaintiff has its principal place of business in Boston, Massachusetts, and that SICH is a Connecticut corporation with a principal place of business in Farmington, Connecticut. Therefore, there is complete diversity of citizenship.

5. Notice of Removal will be given to the plaintiff promptly after the filing of this notice, and a true and accurate copy of this notice will be filed with the clerk of the Suffolk County Superior Court.

6.  Pursuant to Local Rule 81.1, certified or attested copies of all records, proceedings and docket entries in the state court are filed in this Court with this Notice.

SECURITY INSURANCE COMPANY OF HARTFORD

By its attorneys,

_____
Steven L. Schreckinger (BBO #447100)
Harvey Nosowitz (BBO #556966)
Palmer & Dodge LLP
111 Huntington Avenue
Boston, MA 02199
(617) 239-0100

Dated: November 26, 2003

CERTIFICATE OF SERVICE

I hereby certify that I caused a true copy of the above document to be served upon the attorney of record for each other party by mail on November 26, 2003.

_____

3