UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

*FILED IN CLERK'S OFFICE 2003 DEC -3 P 12: 07 U.S. DISTRICT COURT DISTRICT OF MASS.*

| PROCESS FACILITIES, INC., | Civil Action |
|---|---|
| Plaintiff, | No. 03-12409JLT |
| v. | |
| SECURITY INSURANCE COMPANY OF HARTFORD, | |
| Defendant. | |

### JOINT MOTION FOR EXTENSION OF TIME

The parties jointly move that the time for Security Insurance Company of Hartford to answer or otherwise respond to the complaint in this action be extended to and including December 19, 2003. In support of this motion, the parties state that they

1

are engaged in discussions that may resolve some or all of the issues in the case, and the extension of time will facilitate these discussions.

| Security Insurance Company of Hartford | Process Facilities, Inc. |
|---|---|
| By its attorneys, | By their attorneys, |
| Harvey Nosowitz<br>Palmer & Dodge LLP<br>111 Huntington Avenue<br>Boston, MA  02199-7613<br>(617) 239-0100 | Edward D. Kutchin<br>Kutchin & Rufo, P.C.<br>155 Federal Street<br>Boston, MA  02110<br>(617) 542-3000 |

Dated: December 2, 2003

CERTIFICATE OF SERVICE

I hereby certify that I caused a true copy of the above document to be served upon the attorney of record for each other party by mail on December 2, 2003.

2