continue to pursue discussions that may resolve some or all of the issues in the case, and the extension of time will facilitate these discussions.

| Security Insurance Company of Hartford | Process Facilities, Inc. |
|---|---|
| By its attorneys, | By their attorneys, |
| Harvey Nosowitz<br>Palmer & Dodge LLP<br>111 Huntington Avenue<br>Boston, MA 02199-7613<br>(617) 239-0100 | Edward D. Kutchin<br>Kutchin & Rufo, P.C.<br>155 Federal Street<br>Boston, MA 02110<br>(617) 542-3000 |

Dated: December 18, 2003

### CERTIFICATE OF SERVICE

I hereby certify that I caused a true copy of the above document to be served upon the attorney of record for each other party by mail on December 18, 2003.

2