UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

PROCESS FACILITIES, INC.,

                    Plaintiff,

      v.

SECURITY INSURANCE COMPANY OF
HARTFORD,

                    Defendant.

Civil Action

No. 03-12409JLT

## JOINT MOTION FOR FURTHER EXTENSION OF TIME

The parties jointly move that the time for Security Insurance Company of Hartford to answer or otherwise respond to the complaint in this action be extended to and including February 13, 2004. In support of this motion, the parties state that they

continue to pursue discussions that may resolve some or all of the issues in the case, and the extension of time will facilitate these discussions.

Security Insurance Company of Hartford

By its attorneys,

Harvey Nosowitz
Palmer & Dodge LLP
111 Huntington Avenue
Boston, MA  02199-7613
(617) 239-0100

Process Facilities, Inc.

By their attorneys,

Edward D. Kutchin
Kutchin & Rufo, P.C.
155 Federal Street
Boston, MA  02110
(617) 542-3000

Dated: January 16, 2003

CERTIFICATE OF SERVICE

I hereby certify that I caused a true copy of the above document to be served upon the attorney of record for each other party by mail on January 16, 2003.