UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PROCESS FACILITIES, INC.,<br><br>      Plaintiff,<br><br>v.<br><br>SECURITY INSURANCE COMPANY OF HARTFORD,<br><br>      Defendant. | Civil Action<br><br>No. 03-12409JLT |

### JOINT OPPOSITION TO MOTION OF
### JOHNSON MATTHEY INC. TO INTERVENE AS A PLAINTIFF

Security Insurance Company of Hartford and Process Facilities, Inc. jointly oppose the motion of Johnson Matthey Inc. ("Johnson Matthey") to intervene as a plaintiff. In support of their opposition, the parties state as follows.

On February 20, 2004, the date of filing of this opposition, the parties to this action stipulated to its dismissal pursuant to Fed. R. Civ. P. Rule 41(a)(1)(ii). That Rule provides that a plaintiff may dismiss an action without order of court by filing a stipulation of dismissal signed by all parties who have appeared in the action. While Johnson Matthey has filed a motion to intervene, that motion has not been acted upon; it is therefore not a party, and has no standing to object to the dismissal of this action by

1

agreement of all the parties. As a result, there is no action pending in which for Johnson Matthey to intervene.

For the reasons stated above, Johnson Matthey's motion to intervene should be denied, and this action should be dismissed pursuant to the stipulation of dismissal filed by all parties to the action.

| Security Insurance Company of Hartford | Process Facilities, Inc. |
|---|---|
| By its attorneys, | By its attorneys, |
| _____ | _____ |
| Harvey Nosowitz | Edward D. Kutchin |
| Palmer & Dodge LLP | Kutchin & Rufo, P.C. |
| 111 Huntington Avenue | 155 Federal Street |
| Boston, MA 02199-7613 | Boston, MA 02110 |
| (617) 239-0100 | (617) 542-3000 |

Dated: February 20, 2004

CERTIFICATE OF SERVICE

I hereby certify that I caused a true copy of the above document to be served upon the attorney of record for each other party by mail on February 20, 2004.

_____

2