UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PROCESS FACILITIES, INC., <br><br> Plaintiff, <br><br> v. <br><br> SECURITY INSURANCE COMPANY OF HARTFORD, <br><br> Defendant. | Civil Action <br><br> No. 03-12409JLT |

**STIPULATION OF DISMISSAL**

Pursuant to Fed. R. Civ. P. Rule 41(a)(1)(ii), Process Facilities, Inc. and Security Insurance Company of Hartford hereby stipulate to the dismissal of all claims in this action without prejudice and without costs.

Security Insurance Company of Hartford

By its attorneys,

_____
Harvey Nosowitz
Palmer & Dodge LLP
111 Huntington Avenue
Boston, MA 02199-7613
(617) 239-0100

Process Facilities, Inc.

By its attorneys,

_____
Edward D. Kutchin
Kutchin & Rufo, P.C.
155 Federal Street
Boston, MA 02110
(617) 542-3000

Dated: February 20, 2004

1

CERTIFICATE OF SERVICE

I hereby certify that I caused a true copy of the above document to be served upon the attorney of record for each other party by mail on February 20, 2004.

_____